NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FIESTA CHECKS & MORE, LLC, and                )
SOHIL N. JIVANI,                               )
                                               )
      Petitioners,                        )
                                               )
v.                                             )           Case No. 2D20-763
                                               )
OFFICE OF FINANCIAL REGULATION,                )
                                               )
      Respondent.                         )
_____            )

Opinion filed September 4, 2020.

Appeal from the Office of Financial
Regulation.

H. Richard Bisbee of H. Richard Bisbee,
P.A., Tallahassee, for Petitioners.

Ashley Moody, Attorney General,
Tallahassee, and Timothy L. Newhall,
Senior Assistant Attorney General,
Tallahassee, for Respondent.


PER CURIAM.


      Dismissed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.